## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 2:22-bk-00281-FMD |
| | Chapter 13 |
| Rosario Batista | |
|     Debtor. | |
| _____/ | |

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on September 26, 2024 at 2:15 *pm* before the Honorable Caryl E. Delano, United States Bankruptcy Judge, from Courtroom 9A, Tampa, Florida. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's *Procedures Governing Court Appearances* regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00pm one business day before the date of the hearing.**

      COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

      1.      The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on March 14, 2022.

      2.      On September 16, 2022, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2022.

      3.      It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide his 2023 federal income tax return and any refund he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Florida Bar No. 722855
Staff Attorney for Chapter 13 Trustee
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Rosario Batista**, Debtor, 643 NE 6th Place, Cape Coral, FL 33909 and **Alan D. Borden, Esquire**, Attorney for Debtor, c/o Debt Relief Legal Group, LLC, 901 W. Hillsborough Avenue, Tampa, FL 33603 on this 26th day of August 2024.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/ss